UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ALLEN TATOMER,<br><br>    Defendant. | Case No. 3:18-cr-00034-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Allen Tatomer, that the Revocation Hearing currently scheduled on December 16, 2024, be vacated and continued to February 25, 2025 at 11:00 a.m.

    This Stipulation is entered into for the following reasons:

    1.    The parties are negotiating a resolution of this case, and Mr. Tatomer requires additional time to consider the potential resolution.

    2.    Mr. Tatomer is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 4th day of December, 2024.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| By */s/ Rick Mula* | By */s/Andrew Keenan* |
| RICK MULA | ANDREW KEENAN |
| Assistant Federal Public Defender | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ALLEN TATOMER,<br><br>　　　　　　Defendant. | Case No. 3:18-cr-00034-HDM-CSD<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, 12/16/2024 at 1:00 p.m., is vacated and continued to Tuesday, 2/25/2025 at 11:00 a.m. via video conference in Reno Coutroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

Dated this 9th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE

3