RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Christopher Allen Tatomer

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ALLEN TATOMER,<br><br>           Defendant. | Case No. 3:18-cr-00034-HDM-CSD<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Allen Tatomer, that the Revocation Hearing currently scheduled on February 25, 2025, be vacated and continued to May 20, 2025, at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1.    The parties have negotiated a tentative resolution of this case, but Mr. Tatomer would like additional time to consider it.

2.    In addition, Mr. Tatomer is engaged in programming at the Nevada Southern Detention Center that he would like to complete before the revocation hearing.

3.  Mr. Tatomer is in custody and agrees with the need for the continuance.

4.  The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ALLEN TATOMER,<br><br>　　　　Defendant. | Case No. 3:18-cr-00034-HDM-CSD<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 25, 2025 at 11:00 a.m., be vacated and continued to May 20, 2025 at the hour of 11:00 a.m.

　　DATED this 19th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE