# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00034-HDM-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |
| CHRISTOPHER ALLEN TATOMER, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Allen Tatomer, that the Revocation Hearing currently scheduled on May 20, 2025 be vacated and continued to August 5, 2025, at 10:30 a.m.

This Stipulation is entered into for the following reasons:

1. The parties have negotiated a resolution of this case, but Mr. Tatomer is engaged in programming at the Nevada Southern Detention Center that he would like to complete before the revocation hearing. If the revocation hearing takes place on May 20, 2025, he may be transferred to BOP custody before he is able to complete the rehabilitative programming he has begun.

2.     Mr. Tatomer is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 9th day of May, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ALLEN TATOMER,<br><br>    Defendant. | Case No. 3:18-cr-00034-HDM-CSD<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for 5/20/2025 at 11:00 a.m., be vacated and continued to 8/5/2025 at the hour of 10:30 a.m. via videoconference in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

    DATED this 9th day of May, 2025.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE

3